# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 19-1994

In re: **JEFFREY PAUL**, Movant.

## UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME IN WHICH TO RESPOND TO MOVANT'S MOTION TO FILE A SUCCESSIVE § 2255 MOTION

The United States of America, by and through undersigned counsel, hereby moves this Court for an unopposed fourteen-day extension of time, to and including June 12, 2016, in which to file its response to the above-captioned Application for Leave to File Second or Successive Motion Pursuant to 28 U.S.C. § 2255. This Motion is made for good cause as set forth the in the attached Declaration of Jeffrey B. Kahan.

Although the statute governing second or successive motions states that "[t]he court of appeals shall grant or deny the authorization to file . . . not later than 30 days after the filing of the motion," 28 U.S.C. § 2244(b)(3)(D), that time-limit is not a jurisdictional requirement. *See In re Hoffner*, 870 F.3d 301, 307 n.11 (3d Cir. 2017) (holding the time limit in § 2244(b)(3)(D) is hortatory or advisory, not mandatory); *Orona v. United States*, 826 F.3d 1196, 1199 (9th Cir. 2016) (same); *In re Watkins*, 810 F.3d 375, 379 n.5 (6th Cir. 2015) (same); *Browning v. United States*, 241 F.3d 1262, 1263-64 (10th Cir. 2001) (en banc) (same); *Rodriguez v. Superintendent*, 139 F.3d 270, 272 (1st Cir. 1998) (same).

Movant's counsel does not object to extending the deadline for this response.

Dated: May 22, 2019:

Respectfully submitted,

DUANE KEES
United States Attorney,
Western District of Arkansas

*S/Jeffrey B. Kahan*
JEFFREY B. KAHAN
Deputy Chief, Capital Case Section
U.S. Dept. of Justice
1331 F. Street, NW; 6th Fl.
Washington, D.C. 20530
(202) 305-8910
(202) 353-9779 fax

**DECLARATION OF JEFFREY B. KAHAN RE:  MOTION FOR EXTENSION IN *IN RE: PAUL***

I, JEFFREY B. KAHAN, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am an attorney at law duly licensed to practice before this Court and the courts of the State of Maryland and the Commonwealth of Pennsylvania.  I am the Deputy Chief of the Capital Case Section at the Department of Justice, and am currently assigned to prepare the Government's response to Jeffrey Paul's Motion to File a Successive § 2255 Motion (Eighth Circuit case no. 19-1994).

The response is due May 29, 2019.  I respectfully request a 14-day extension of time, to and including June 12, 2016, in which to prepare, serve and file the brief.  This Court has not previously granted the government any extension of time in this matter.  I contacted Movant's counsel, Shawn Nolan, by e-mail, and he did not object to my request.

Movant is awaiting execution at the U.S. Penitentiary, Terre Haute, for killing an 82-year-old man during the course of a robbery in Hot Springs National Park, resulting in convictions for first degree murder within the special territorial jurisdiction of the United States (18 U.S.C. § 1111) and firearm murder during and in relation to a crime of violence (18 U.S.C. § 924(j)).  Movant completed the litigation of his first motion for relief under § 2255, when this Court affirmed the denial of relief in *Paul v. United States*, 54 F.3d 832 (8th Cir. 2008) and the Supreme Court denied certiorari in *Paul v. United States*, 558 U.S. 828 (2008).  Apart from the present request to file a successive § 2255 motion, Movant has intervened in *Roane v. Gonzales* (D.C. Dist. case no. 05-cv-2337-TSC-DAR), and the court in that case has stayed the government from scheduling him for execution.  Additionally, Movant is pursuing habeas relief under 28 U.S.C. § 2241 in *Paul v. Superintendent*, (S.D. Ind. case no. 2:13-cv-304-MTL-MJD).

1

The request to file a successive § 2255 motion is 10 pages long.  It refers to a proposed § 2255 motion that is also 10 pages long.  Although I have begun to draft a response a response in opposition, I have substantial scheduling conflicts.  Within the Capital Case Section, I supervise a staff of eight attorneys and two administrative employees.  I am responsible for managing the review of all cases submitted for review under the Department of Justice's Death Penalty Protocol, as outlined under Justice Manual § 9-10.010, *et seq*.  At present, 33 cases are undergoing review in the Capital Case Section, all of which will require my supervision.  Apart from my professional responsibilities, I have a pre-planned out-of-state trip scheduled for May 23 to May 27, 2019.  Additionally, Department of Justice Policy requires an attorney at the Criminal Division's Appellate Section to review of my response to Movant's request to file a successive § 2255 Motion  I am informed and believe that the press of business in the Appellate Section will create challenges to the timely review of my brief.

For the foregoing reasons, I respectfully request that this Court permit the government to extend the deadline for the government's responsive brief to June 12, 2019.

Executed at Washington, D.C. May 22, 2019:


*/S/Jeffrey B. Kahan*
JEFFREY B. KAHAN
Deputy Chief, Capital Case Section

# CERTIFICATE OF ECF FILING AND DELIVERY

I, hereby certify that on May 22, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Movant:

Mr. Shawn Nolan
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

I hereby certify that I caused a true and correct copy of the foregoing document to be mailed via the United States Postal Service on May 22, 2019, to the following:

**Not Applicable** as Defendant Has Counsel

*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN

# ADDITIONAL CERTIFICATION

I hereby certify as follows:

1. Pursuant to FRAP 32(g), the length of the attached documents complies with the word limits applicable to motions. The text of this motion is 284 words, and the accompanying declaration is 559 words, for a total of 843 words.

Dated: this 22nd day of May 2019:

*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN