# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1994

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition
(6:13-cv-06014-JLH)
(6:96-cr-060022-TLB-1)

_____

## ORDER

Respondent's motion for an extension of time within which to file a response to

petitioner's application for permission to file a successive habeas petition is granted. The

response is due on or before June 12, 2019.

May 24, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans