19-1994  Jeffery Paul v. United States

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/01/2019

**Case Name:**    Jeffery Paul v. United States
**Case Number:**  19-1994

**Docket Text:**
UNTIMELY REPLY to response [4795803-2] filed by Petitioner Mr. Jeffery William Paul w/service by USCA8 07/02/2019. [4803906] [19-1994]

**The following document(s) are associated with this transaction:**
Document Description:  Untimely Reply

**Notice will be mailed to:**

Mr. Jeffery William Paul
FEDERAL CORRECTIONAL INSTITUTION
10517-042
P.O. Box 33
Terre Haute, IN  47808-0000

Mr. James Robert Wood
U.S. ATTORNEY'S OFFICE
Southern District of Indiana
Suite 2100
10 W. Market Street
Indianapolis, IN  46204-3048

**Notice will be electronically mailed to:**

Mr. Jeffrey Bradford Kahan: jeffrey.kahan@usdoj.gov
Ms. Shawn Nolan: shawn_nolan@fd.org, jill_ciccarelli@fd.org,tina_decandia@fd.org
Mr. Mark W. Webb: Mark.Webb@usdoj.gov,
kimberly.brooks@usdoj.gov,cindy.mckinney@usdoj.gov,caseview.ecf@usdoj.gov