# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1994

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition
(6:13-cv-06014-JLH)
(6:96-cr-060022-TLB-1)
_____

## ORDER

The pro se emergency correspondence is rejected as impermissible under

28 U.S.C. § 2244(b)(3)(E).

July 08, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans